John J. Talton, Chapter 13 Trustee  
Pay to: CLERK  Clerk of the Court  
Check No. 813286

Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| | | | NOTICE TO DEPOSIT FUNDS | | | | |
| 05-61433 | 013-0 | MARIANO MATA<br>Original Check written to:<br>SMITH COUNTY<br>TAX COLLECTOR<br>P O BOX 2011<br>TYLER, TX 75710-2011 | xxxxxxxxxxxxxxxxxxxx1993 | 0.00 | 979.22 | 0.00 | 979.22 |
| 05-61658 | 001-0 | VERNA LOIS THORNTON<br>Original Check written to:<br>WELLS FARGO FINANCIAL TEXAS INC<br>4137 121ST ST<br>URBANDALE, IA 50323- | xxxxxxxxxxxxxxx7236 | 0.00 | 258.15 | 0.00 | 258.15 |
| 05-62385 | 007-0 | RICKEY C MILLER<br>Original Check written to:<br>BULLARD ISD<br>C/O SMITH COUNTY TAX COLLECTOR<br>P O BOX 2011<br>TYLER, TX 75711 | xxxxxxxxxxxxxxxxxxxx003, | 0.00 | 750.31 | 0.00 | 750.31 |
| 05-62385 | 008-0 | RICKEY C MILLER<br>Original Check written to:<br>SMITH COUNTY<br>TAX COLLECTOR<br>P O BOX 2011<br>TYLER, TX 75710-2011 | xxxxxxxxxxxxxxxxxxxx003, | 0.00 | 223.81 | 0.00 | 223.81 |
| 05-62740 | 005-0 | JAMES ROBERT COLLINS<br>Original Check written to:<br>OKLAHOMA TAX COMMISSION<br>BANKRUPTCY SECTION<br>P O BOX 53248<br>OKLAHOMA CITY, OK 73152-3248 | xxxxxxxxx22 S | 1,009.67 | 263.53 | 0.00 | 263.53 |
| 06-60547 | 010-0 | ROGER D. NORRIS, JR.<br>Original Check written to:<br>CAYUGA ISD<br>2323 BRYAN STREET #1600<br>DALLAS, TX 75201-2644 | xxx8313 | 446.76 | 13.59 | 4.60 | 18.19 |
| 07-60793 | 004-0 | LOVIS HARVY RICHEY<br>Original Check written to:<br>CHEVRON CREDIT BANK NA<br>2001 DIAMOND BLVD<br>P O BOX 5010 SEC 230<br>CONCORD, CA 94524-0010 | xxxxxx8917 | 1,292.35 | 119.28 | 0.00 | 119.28 |